# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

156500 (61)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

    SC: 156500
    COA: 337966
    Wayne CC: 12-005176-FC

BRANDON LEWIS CAIN,
       Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's May 16, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



Clerk

t0723